UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

O.D. JOINER and                                          CASE NUMBER:   17-50222
CYNTHIA LEE JOINER                                       CHAPTER: 7

Debtor(s)

## AMENDMENT TO SCHEDULES

**INSTRUCTIONS:**

1. Check applicable boxes below and describe details of amendment in box provided.
2. **For amendments to schedules other than D or E/F**, it is acceptable to check the box on this form, type a brief description in the box for details and attach a new schedule. ANY CHANGES to D, E/F or the mailing matrix must be made using the format on Page 2 of this form; if amendment does not comply, it may be stricken.
3. Debtor may use this form to amend the Social Security Number but amendments to the Social Security Number must be filed separately from other amendments (and if filed electronically, using the separate event for Amendment to Social Security Number).

**CHECK THE APPLICABLE BOXES BELOW:**

- ☐ **Amendment to Petition:**
  ☐ Name  ☐ Address  ☐ Alias  ☐ Social Security Number
- ☐ **Statement of Financial Affairs**
- ☐ **Statement of Intention**
- ☐ **Schedule A/B**
- ☐ **Schedule C**
- ■ **Schedule D or** ☐ **Schedule E/F**
  ☐ Add creditors or change amount or classification of debt **- Fee Required,** or
  ☐ Change address of a creditor listed on the schedules – **No Fee Required**
- ☐ **Schedule G**
- ☐ **Schedule H**
- ☐ **Schedule I**
- ☐ **Schedule J**
- ☐ **Other Document Included with Schedules, e.g., Disclosure of Compensation of Attorney**

**Additional Details of Amendment (attach separate page if needed):**

**AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this document and any attached schedules or documents, and that they are true and correct to the best of my knowledge, information and belief.
DATE: 5/16/2017                            SIGNATURE:/s/O.D. Joiner
DATE: 5/16/2017                            SIGNATURE:/s/Cynthia Joiner

Local Form B

**Name(s) of Debtor(s):**  O.D. JOINER AND CYNTHIA LEE JOINER

**Case Number:** 17-50222

## CORRECTIONS TO SCHEDULES A/B AND C

**INSTRUCTIONS:**

1. For all changes, the schedule on which creditor is/will be listed should be noted.
2. Each creditor or list of creditors should indicate whether creditors are being added, deleted, or modified in another way, e.g., "change amount to _____," or "move creditor from D to E/F."  For added or deleted creditors, the full name and address of the creditor should be listed.
3. For creditors whose addresses are being corrected, the current address of the creditor on file with the Court and the new one should both be listed and labeled appropriately so the Court can update the correct creditor.

---

Schedule D:  Change collateral of Ally Financial, Payment Processing Center, Louisville, KY  40290-1950 from 2015 Ford F-150 to 2015 Chevrolet Trax, amount of Claim $11,000, value of collateral $17,000.00.

---

**If the amendment lists you as a creditor, you have 90 days from the certification of mailing of the amendment in which to file a proof of claim (CHAPTER 7 ASSET AND CHAPTER 13 CASES ONLY)**

**FOR ADDITIONAL CHANGES TO SCHEDULES D, E/F AND/OR THE CREDITORS MATRIX, INSERT A NEW PAGE AND CONTINUE**

Local Form B

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

O.D. JOINER and  　　　　　　　　　　　CASE NUMBER:   17-50222
CYNTHIA LEE JOINER  　　　　　　　　　CHAPTER: 7

Debtor(s)

## CERTIFICATE OF SERVICE AND
## NOTICE OF AMENDMENT TO SCHEDULES

### CERTIFICATION OF SERVICE

     I hereby certify that on May 16, 2017, a copy of the attached Amendment to Schedules and, if required, a copy of Official Form 309 – Notice of Bankruptcy Case and the Chapter 13 Plan was served upon the following by first class mail:

Ally Financial
Payment Processing Center
Louisville, KY  40290-1950

　　　　　　　　　　　　　　　　　　/s/　　　　　TODD A. FARMER
　　　　　　　　　　　　　　　　　　Todd A. Farmer
　　　　　　　　　　　　　　　　　　**Farmer & Wright, PLLC**
　　　　　　　　　　　　　　　　　　4975 Alben Barkley Drive, Suite 1
　　　　　　　　　　　　　　　　　　P.O. Box 7766
　　　　　　　　　　　　　　　　　　Paducah, KY 42002-7766
　　　　　　　　　　　　　　　　　　270-443-4431
　　　　　　　　　　　　　　　　　　Fax:  270-443-4631

Local Form B