IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-50222-acs |
| O D JOINER<br>CYNTHIA LEE JOINER | Chapter 07 |
| Debtors. | Judge Alan C. Stout |

## ORDER ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT

This matter is before the Court upon U.S. Bank National Association's ("Movant") Motion for Relief from Stay and Abandonment ("Motion") submitted to this Court which demonstrates that U.S. Bank National Association holds a security in the real property located at **704 Clarks Ferry Rd, Ledbetter, KY 42058** and that the obligation by the Debtors exceeds the value of the property and debtors are unable to provide U.S. Bank National Association with adequate protection. Therefore, for good cause shown, this Court GRANTS the Motion for Relief and Abandonment. U.S. Bank National Association is authorized to proceed with its State Law rights, including, but not limited to its right to proceed with a foreclosure sale of the real property located at **704 Clarks Ferry Rd, Ledbetter, KY 42058.**

**IT IS ORDERED.**

RESPECTFULLY SUBMITTED BY:

/s/ David C. Nalley

David C Nalley (85637)
Reisenfeld & Associates, LPA-LLC
Attorney for U.S. Bank National Association
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

Alan C. Stout
United States Bankruptcy Judge

Dated: June 19, 2017